FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 APR 12 PM 3: 36

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TOMMIE DAHLGREN wife of/and BENNY E. DAHLGREN, JR. | CIVIL ACTION |
| versus | NO. 06-0188 |
| UNITED STATES OF AMERICA | SECTION: E/5 |

### ORDER AND REASONS

This matter is before the Court on Defendant United States' motion to dismiss for lack of subject matter jurisdiction pursuant to Fed.R.Civ.P. 12(b)(1) and 12(h)(3). The Complaint alleges common law tort claims for damages arising from the failure of certain levee systems in New Orleans during Hurricane Katrina. According to the motion, plaintiffs have failed to exhaust their administrative tort remedies with the appropriate federal agency in accordance with 28 U.S.C. § 2675(a), a statutorily mandated jurisdictional prerequisite to suit against the United States for monetary damages. The United States offered Declarations of two individuals that neither plaintiff has filed an administrative tort claim with the appropriate agency. Plaintiffs did not file an opposition to the motion.

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

Accordingly, after considering the motion, exhibits, memorandum, and the record;

**IT IS ORDERED** that the United States' motion to dismiss **BE AND IS HEREBY GRANTED**.

New Orleans, Louisiana, April 12, 2006.

_____
MARCEL LIVAUDAIS, JR.
Senior United States District Judge